PIEKARSKI & BRELSFORD, P.C.
2633 E Indian School Rd., Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Plaintiff

QUARLES & BRADY, LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004
Phone:  602-229-5200
Attorneys for Defendant Aires, LLC
Dawn C. Valdivia (#020715)
dvaldivi@quarles.com
Marian M. Zapata-Rossa (#025846)
marian.zapata-rossa@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MONIQUE CLARK, an unmarried woman<br><br>Plaintiff,<br><br>vs.<br><br>AIRES, LLC, an Arizona corporation duly licensed to do business in the State of Arizona; JOHN DOES 1-5; JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | NO. 2:11-CV-00183-JAT<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Monique Clark and Defendant AIRES, LLC move this Court to dismiss this case with prejudice and without costs pursuant to the settlement reached between the parties and which will be submitted to the Court for an in camera review and approval.

The parties reached this settlement following negations and consideration of the merits of Plaintiff's claims and Defendant's defenses and a review and analysis of the

related evidence. Plaintiff's counsel further states that the settlement reached by the parties represents a fair resolution of Plaintiff's claims in light of the foregoing and the *bona fide* legal and factual disputes existing with regard to those claims.

Therefore, for the foregoing reasons and good cause shown, the parties move this Court to approve the Settlement Agreement attached as a Lodged Proposed document to the Joint Motion to Seal (dkt 14) filed on May 26, 2011, and subsequent filing of Lodged Proposed Document (dkt 16) filed on May 31, 2011, and dismiss the lawsuit with prejudice.

Dated this 1st day of June, 2011.

**PIEKARSKI & BRELSFORD, P.C.**
2633 E. Indian School Rd., Ste. 460
Phoenix, AZ  85016
Telephone: (602) 956-1161
Facsimile:  (480) 247-4383
*Attorneys for Plaintiff*
Email: chris@pb-lawfirm.com


 /s/ Christopher J. Pierkarski
CHRISTOPHER J. PIEKARSKI, ESQ.
Arizona Bar No.: 019251


**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone:  (602) 229-5200
Facsimile:  (602) 229-5690
*Attorneys for Defendant*
Email:  dawn.valdivia@quarles.com


 /s/ Dawn C. Valdivia
DAWN C. VALDIVIA, ESQ.
Arizona Bar No.:  020715

1
2   I hereby certify that on the 1st day of June, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and
3   transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:
4   Chris Piekarski - chris@pb-lawfirm.com
5
6
7
8
9
10
11  /s/  Ginger L. Chilcote
    An employee of Quarles & Brady, LLP
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

QB\132710.00005\13367621.1                    -3-